# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3148

Joseph Anthony Ranieri and Janet Kaye Ranieri

Appellants

v.

United States of America and Thomas W. Hejkal, M.D.

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:09-cv-00448-LSC)

---

### MANDATE

In accordance with the judgment of 11/18/2010, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

November 18, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit